LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GIRARDI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>Defendant. | CASE NO. CV 10-5224 (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>**LOCAL RULE 6-1(A)** |

WEST\222838853.1

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
CASE NO. CV 10-5224 (EDL)

DLA PIPER LLP (US)
SAN FRANCISCO

Plaintiff James Girardi and defendant Sony Computer Entertainment America LLC ("SCEA"), by and through their respective attorneys of record, hereby stipulate as follows:

1. This action was filed on November 17, 2010 and the summons and complaint were served on November 22, 2010.

2. The parties are currently conferring with regard to case management issues, including possible consolidation of this action with the consolidated action captioned *In re Sony PS3 "Other OS" Litigation*, Case No. 3:10-CV-01811 RS (EMC).

3. To facilitate further case management discussions, the parties agree to extend SCEA's deadline to respond to the complaint to February 1, 2011.

4. This extension will not alter any date or deadline set by an order of the Court.

IT IS SO STIPULATED.

Dated: December 13, 2010      SHUBERT JONCKHEER & KOLBE LLP

By   /s/ Willem Jonckheer
  ROBERT C. SCHUBERT
  WILLEM F. JONCKHEER
  JASON A. PIKLER

  Attorneys for Plaintiff
  JAMES GIRARDI

Dated: December 13, 2010      DLA PIPER LLP (US)

By   /s/ Carter Ott
  CARTER W. OTT

  Attorneys for Defendant
  SONY COMPUTER ENTERTAINMENT OF AMERICA INC.

1  I, Carter Ott, am the ECF user whose identification and password are being used to file the
2  foregoing Stipulation And [Proposed] Order To Extend Time. I hereby attest that the above-
3  referenced signatories to this stipulation have concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2010

By: /s/ Elizabeth D. Laporte
Honorable Elizabeth D. Laporte
United States Magistrate Judge